■ In the Matter of JAMES M. CARROLL et al., Petitioners, v. WILLIAM T. BOONE et al., Respondents.— On the court's own motion, its decision dated August 20, 1974 (45 A D 2d 946) is amended to read as follows: "Judgment of the Supreme Court, Kings County, dated August 15, 1974, affirmed, without costs. (See *Matter of Haas* v. *Costigan*, 14 A D 2d 809, affd. 10 N Y 2d 889.) " Latham, Acting P. J., Shapiro, Cohalan and Munder, JJ., concur.

## (September 5, 1974)

■ In the Matter of BAYSWATER HEALTH RELATED FACILITY, Respondent, v. THEODORE KARAGHEUZOFF, as Commissioner of Buildings of the City of New York, et al., Appellants.— Judgment of the Supreme Court, Queens County, dated February 28, 1974, affirmed, without costs (*Matter of Temkin* v. *Karagheuzoff*, 43 A D 2d 820, affd. 34 N Y 2d 324). Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

■ In the Matter of ROLAND J. CROHN et al., on Behalf of Themselves and All Other Members of the Fire Department of the City of Mount Vernon, Appellants, v. FIREMEN'S BENEVOLENT FUND ASSOCIATION OF THE CITY OF MOUNT VERNON, Respondent.— Judgment of the Supreme Court, Westchester County, dated October 17, 1973, affirmed, without costs, on the opinion of Mr. Justice Gagliardi. Gulotta, P. J., Martuscello, Latham and Shapiro, JJ., concur. Hopkins, J., not voting. [79 Misc 2d 536.]

■ In the Matter of JOHN E. CURTIS, Petitioner; v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— Proceeding dismissed on the merits and respondent's determination, dated October 19, 1973, confirmed, without costs (*Matter of Pell* v. *Board of Educ. of Union Free School Dist. No. 1,* 34 N Y 2d 222). Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

■ In the Matter of GARRETT L. VANDERVEER et al., Respondents, v. JOHN VAN ROUWENDAAL, as Building Inspector of the City of Poughkeepsie, et al., Respondents, and IRVING ZARETSKY, Appellant.— Order of the Supreme Court, Dutchess County, entered November 6, 1973, affirmed, without costs. We do not reach the merits of the controversy. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur. [75 Misc 2d 593.]

■ NICHOLAS ILASI, Respondent, v. CITY OF LONG BEACH, Appellant.— Judgment of the Supreme Court, Nassau County, entered May 24, 1973, and order of the same court, dated July 11, 1973, affirmed, without costs, upon the opinion of Mr. Justice Suozzi. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur. [79 Misc 2d 436.]